**EXHIBIT "F"**



**Secretary of State Web Site** | **Instructions**

| | |
|---|---|
| **Name** | **I.D. Number** |
| PAYTEK SOLUTIONS, LLC | 0482101 |

| | |
|---|---|
| **Business Type\***: | LIMITED LIABILITY COMPANY |
| **Profit/Nonprofit:** | FOR PROFIT |
| **Status\*:** | ACTIVE |
| **Date of Formation/Qualification:** | 11/30/2004 |
| **Domestic/Foreign:** | DOMESTIC |
| **Place of Incorporation/Organization:** | SHELBY |
| **Duration:** | PERPETUAL |
| **FYC**(Fiscal Year Closing) **Month:** | DECEMBER |

**Principal Office:**

| | |
|---|---|
| **Address Line 1:** | 4821 AMERICAN WAY |
| **Address Line 2:** | #202 |
| **City:** | MEMPHIS |
| **State:** | TN |
| **Zip:** | 38118 |

**Other than USA:**

**Registered Agent:**

| | |
|---|---|
| **Name:** | SUSAN PERLMUTTER |
| **Address Line 1:** | 4821 AMERICAN WAY |
| **Address Line 2:** | #202 |
| **City:** | MEMPHIS |
| **State:** | TN |
| **Zip:** | 38118 |

**Business Filing History**

\* Important Note: Business filing History includes information about (1) the basis for an inactive status and (2) the current true name and filing status of a business with an assumed name or a changed status.

Note: This information is current as of three working days prior to today's date.

**Search Again**

Report a Technical Issue





1-800-353-9130/901-642-9200



**PAYTEK Solutions** is a full service provider of any and all payment processing. Through our own technology and partnerships we are able to deliver a strategi every business that is geared to reduce hard costs as well as manpower hours with handling consumer payments. We strive to combine innovation and super technology to maximize the financial performance of your payment process.

We understand the risk every business must take each day waiting to get paid services. Paytek Solutions will analyze your entire payment process to ensure taking every advantage of new technology geared toward saving man power h processing costs and underwriting losses.



> HOME   > ABOUT US   > PARTNERSHIP   > EMPLOYMENT   > GLOSSARY   > CONTACT   > SUPPORT







**Improve Collection Process**

Retail Owners, and Collection Agencies can simplify and improve their collection replacing traditional method of collecting returned Non-Sufficient Fund (NSF) c EFT Network's Electronic Check Re-Presentment (RCK).

RCK is the conversion of a paper check returned and marked NSF (or uncollec from a bank into an electronic check for presentment through the Automated C House (ACH).

- Yields a 25-35% higher rate of recovery than paper checks
- Saves time and money in the costly collection process, as well as bank redeposittransaction fees
- Virtually eliminates the expense of lost revenue due to NSF checks
- You will know in days if a check has been paid or returned
- Electronically re-presentments to coincide with likely consumer deposits
- Increases recovery rates

> HOME   > ABOUT US   > PARTNERSHIP   > EMPLOYMENT   > GLOSSARY   > CONTACT   > SUPPORT





1-800-353-9130/901-642-9200



CHECK GUARANTEE AND COLLECT

**Check Guarantee**

PAYTEK Solutions will streamline your checks process so that guarantee of fu settlement mimic that of credit cards. Whether your business accepts check pa the counter, in the mail, over the web or over the phone, a customized check g program ensures no losses due to bounced checks. Rates are far less than yo MC/VISA transactions.

**TRADITIONAL CHECK RECOVERY**
Traditional Check Recovery can sometimes be the solution without any out of  to the merchant. We monitor consumer accounts for funds availability and colle from the consumer account. We report all delinquencies to a national database maintain the data until the debt is paid. With thorough reporting, merchants will positioned to monitor the status of each check under collection, as well as ider in their check acceptance procedures. The ability to monitor information omitte cashier provides you with valuable feedback that can enhance your loss-preve program.



> HOME   > ABOUT US   > PARTNERSHIP   > EMPLOYMENT   > GLOSSARY   > CONTACT   > SUPPORT







## Paytek Customer Support (24/7/365)

We at PAYTEK Solutions are here to serve you 24 hours a day seven days a week. PAYTEK Solutions strives to make its web site as informative and user-friendly as possible. But, if you want more help, our staff of support professionals is always ready and available. We stay awake all night so you will not have nightmares. Look at the many ways that you can get support quickly!

**PHONE:** (800) 353-9130
**FAX:** (901) 368-4866
**EMAIL:** helpdesk@payteksolutions.com

If you would like someone to call you in reference to our services, please submit your contact information below...



**NAME:**
**EMAIL:**
**SUBJECT:**
**MESSAGE:**