```
                  IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF TENNESSEE
                             WESTERN DIVISION
```
_____

| | |
|---|---|
| **CHECKCARE ENTERPRISES, LLC,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )   No. 06-2375 Ml/V |
| | ) |
| **S&D HOLDINGS, LLC d/b/a** | ) |
| **CHECKCARE SYSTEMS MEMPHIS;** | ) |
| **PAYTEK SOLUTIONS, LLC; and** | ) |
| **SUSAN PERLMUTTER,** | ) |
| | ) |
|     **Defendants.** | ) |

_____

**ORDER FOLLOWING HEARING REGARDING PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION**
_____

   The Court held a hearing in this cause on June 29, 2006, on Plaintiff's Motion for Preliminary Injunction, filed June 20, 2006. C. Tyson Gorman and Kim Koratsky appeared for Plaintiff, and James Becker, Jr. appeared for Defendants.

   At the beginning of the hearing, the parties, through counsel, requested an opportunity to attempt resolution of part, if not all, of the issues in dispute. The Court adjourned to allow such discussions. Upon reconvening, the parties, through counsel, announced a seven-point resolution of all issues in dispute, including Defendants' consent to personal jurisdiction in the Superior Court for the County of Muscogee, Georgia. It is contemplated that an order of dismissal will be entered after July 5, 2006.

So ORDERED this 30th day of June, 2006.

                                          /s/ Jon P. McCalla
                                          JON P. McCALLA
                                          UNITED STATES DISTRICT JUDGE